| | | |
|---|---|---|
| 1 | NAOMI YOUNG (SBN 63468) | |
| 2 | LAWRENCE J. GARTNER (SBN 47872)<br>STEFANIE M. GUSHA (SBN 228295) | JS-6 |
| 3 | KAUFF McCLAIN & McGUIRE LLP<br>2049 Century Park East, Suite 2690 | |
| 4 | Los Angeles, California  90067<br>Telephone: (310) 277-7550 | |
| 5 | Facsimile:  (310) 277-7525 | |
| 6 | Attorneys for Defendants<br>Hughes Electronics Corporation and | |
| 7 | Hughes Network Systems, LLC | |

8   UNITED STATES DISTRICT COURT

9   CENTRAL DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | ROBERT BENHABIB, | CASE NO. CV 04-0095 ODW (VBKx) |
| 12 | Plaintiff, | **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS HUGHES ELECTRONICS CORPORATION AND HUGHES NETWORK SYSTEMS, LLC** |
| 13 | v. | |
| 14 | HUGHES ELECTRONICS CORPORATION, a Delaware corporation; HUGHES NETWORK SYSTEMS, INC., a Delaware corporation; DOES 1 to 100, | |
| 15 | | Action Filed:   December 3, 2003<br>Trial Date:       January 2, 2008 |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENHABIB,<br><br>          Plaintiff,<br><br>     v.<br><br>HUGHES ELECTRONICS CORPORATION, a Delaware corporation; HUGHES NETWORK SYSTEMS, INC., a Delaware corporation; DOES 1 to 100,<br><br>          Defendants. | CASE NO. CV 04-0095 ODW (VBKx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS HUGHES ELECTRONICS CORPORATION AND HUGHES NETWORK SYSTEMS, LLC**<br><br>Action Filed:     December 3, 2003<br>Trial Date:         January 2, 2008 |

On January 15, 2007, Defendants Hughes Electronics Corporation and Hughes Network Systems, LLC timely moved this court for judgment as a matter of law under Rule 50(a) of the Federal Rules of Civil Procedure. The court has carefully reviewed the evidence presented at the trial of this action in the light most favorable to Plaintiff Robert Benhabib and finds that Defendants Hughes Electronics Corporation and Hughes Network Systems, LLC are entitled to judgment as a matter of law in that there is no substantial evidence to sustain a verdict in favor of Plaintiff Robert Benhabib ("Plaintiff") on Plaintiff's first and fourth causes of action

for breach of implied contract and wrongful termination in violation of public policy. As all other claims set forth in the Third Amended Complaint have been abandoned by Plaintiff, it is therefore,

ORDERED AND ADJUDGED that:

1. The motion for judgment as a matter of law is GRANTED;

2. Defendants Hughes Electronics Corporation and Hughes Network Systems, LLC have judgment against Plaintiff Robert Benhabib in this matter as follows:

    a. Plaintiff take nothing by way of this action;

    b. The Complaint in this action is dismissed, with prejudice and without leave to amend;

    c. Defendants recover its costs of suit in this matter as taxed by the Clerk.

Dated: Februay 1, 2008

_____
UNITED STATES DISTRICT JUDGE

4817-1956-7362.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2008, I electronically filed a true and correct copy of the foregoing [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS HUGHES ELECTRONICS CORPORATION AND HUGHES NETWORK SYSTEMS, LLC through the CM/ECF system, which will send a notice of electronic filing to the following:

Lisbeth Bosshart, Esq.　　　　　　　　　　　lawfirm@sw-law.com
Stephen D. Morgan, Esq.
David R. Shaub, Esq.
Shaub and Williams

　　　　　　　　　　　　　　　　　　　s/ Sheron P. McDonald